Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff  KEITH SOULLIERE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| KEITH SOULLIERE, | Case No.:  2:14-CV-352 CMK |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE CRAIG M. KELLISON, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Keith Soulliere ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand to September 2, 2014; and that Defendant shall have until October 2, 2014, to file her

-1-

1  opposition, if any is forthcoming.  Any reply by plaintiff will be due October 9,
2  2014.
3       An extension of time for plaintiff is needed in order to properly address the
4  issues within the administrative record in this matter.  Counsel sincerely apologizes
5  to the court for any inconvenience this may have had upon it or its staff.
6
7  DATE: July 29, 2014            Respectfully submitted,
8                                 LAW OFFICES OF LAWRENCE D. ROHLFING
9                                      /s/ *Steven G. Rosales*
   BY: _____
10                                 Steven G. Rosales
                                   Attorney for plaintiff KEITH SOULLIERE
11
12 DATED:  July 29, 2014           BENJAMIN WAGNER
                                   United States Attorney
13
14
                                   */S/- *Sharon Lahey*
15
16                                 _____
                                   Sharon Lahey
17                                 Special Assistant United States Attorney
                                   Attorney for Defendant
18                                 [*Via email authorization]
19
20
21
22
23
24
25
26

1    IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
2 and including September 2, 2014, in which to file Plaintiff's Motion for Summary
3 Judgment or Remand; Defendant may have an extension of time to October 2,
4 2014 to file his opposition, if any is forthcoming.  Any reply by plaintiff will be
5 due October 9, 2014.
6    IT IS SO ORDERED.

8 Dated:  August 14, 2014

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE