Steven G. Rosales
Attorney at Law: 222224
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
KEITH BRADLEY SOULLIERE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH BRADLEY SOULLIERE ) | Case No.: 2:14-cv-00352-CMK |
| ) | |
| Plaintiff, ) | ORDER EXTENDING BRIEFING |
| v. ) | SCHEDULE |
| ) | |
| CAROLYN W. COLVIN,[1] Acting ) | |
| Commissioner of Social Security. ) | |
| ) | |
| Defendant. ) | |
| ) | |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include October 17, 2014, in which to send Plaintiff's portion of the Joint Stipulation; and that all other deadlines set forth in the October 17, 2014 Case

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted, therefore, for Commissioner Michael J. Astrue as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). For simplicity, Plaintiff will refer to the Acting Commissioner as the Commissioner.

1  Management Order shall be extended accordingly.  The parties shall file the
2  completed Joint Stipulation on or before October 17, 2014.   IT IS SO ORDERED.
3
                                        _____
4  Dated:  September 30, 2014

                                        CRAIG M. KELLISON
                                        UNITED STATES MAGISTRATE JUDGE